**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUELA GARCIA-HERNANDEZ, et al., | Case No.: 2:26-cv-01249-APG-MDC |
| Plaintiffs | **Order Striking Certificate of Interested Parties** |
| v. | |
| LOYA INSURANCE COMPANY, et al., | |
| Defendants | |

I ORDER that the plaintiffs' certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of each plaintiff for diversity purposes as required by that rule.

I FURTHER ORDER the plaintiffs to file a proper certificate of interested parties by May 8, 2026.

DATED this 24th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE