**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUELA GARCIA-HERNANDEZ, JOSE INES MARRUFO SANCHEZ,<br><br>Plaintiffs<br><br>v.<br><br>LOYA INSURANCE COMPANY, et al.,<br><br>Defendants | Case No.: 2:26-cv-01249-APG-MDC<br><br>**Order Dismissing Case** |

The parties acknowledge that this case is a duplicate of Case No. 2:26-cv-01248. ECF Nos. 11, 12.

I THEREFORE ORDER that this case is dismissed and all pending motions are denied as moot. I direct the clerk of court to close this case.

DATED this 30th day of April, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE